IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| QUANDRENON LYLES, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 3:22cv231-MHT |
| | ) | (WO) |
| RUSSELL COUNTY JAIL, | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate in the Russell County Jail, filed this lawsuit complaining of deliberate indifference to inmates' serious medical needs and unhealthy conditions of confinement.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice due to plaintiff's failure to comply with a court order necessary for the case to proceed.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court

concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 5th day of July, 2022.

                                 /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE